# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT MATKOVICH,<br><br>        Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. LA CV 15-2057 JCG<br><br>**JUDGMENT** |

This matter having come before the Court for a bench trial from May 30 to May 31, 2017, and June 8, 2017, and this Court having filed its Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** final judgment in the action be entered as follows:

In accordance with the Court's Findings of Fact and Conclusions of Law, judgment is entered in favor of Clint Matkovich and against Costco Wholesale Corporation. Clint Matkovich shall recover damages in the amount of $71,592.48 from Costco Wholesale Corporation. Clint Matkovich shall also recover costs from Costco Wholesale Corporation as determined by the Clerk of the Court.

DATED: June 29, 2017

                                                      HON. JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE