|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... |     |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CLINT MATKOVICH, | ) Case No. 2:15-cv-02057-JCG   MRW |
|---|---|
| Plaintiff, | ) [*Hon. Michael R. Wilner*] |
| v. | ) **JUDGMENT** |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-50, inclusive, | ) *Complaint Filed*: January 16, 2015<br>) *Trial Date*: May 30, 2017<br>) *Judgment Entered*: June 29, 2017<br>) *Judgment Vacated*: April 11, 2019<br>) *Mandate Issued*: May 3, 2019 |
| Defendants. | ) |

This matter having come before this Court following a Remand Order and Mandate from the Ninth Circuit Court of Appeals on April, 11, 2019 and May 3, 2019, respectively, and this Court considering the record developed in the underlying action as well as supplemental briefing submitted by the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT final judgment in the action be entered as follows:

1 In accordance with the Court's Post Remand Findings of Fact and Conclusions of Law, Judgment is entered in favor of Defendant Costco Wholesale Corporation and against Plaintiff Clint Matkovich. The Court has ordered that the Plaintiff recover nothing, the action be dismissed on the merits, and the Defendant recover costs from the Plaintiff as determined by the Clerk of the Court.

DATED: June 2, 2020

_____
Hon. Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE